Matter of Cayuga Nation v Parker (2024 NY Slip Op 03604)

Matter of Cayuga Nation v Parker

2024 NY Slip Op 03604

Decided on July 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, AND KEANE, JJ.

271 CA 22-01729

[*1]IN THE MATTER OF CAYUGA NATION, PETITIONER-RESPONDENT,
v
DUSTIN PARKER AND DUSTIN PARKER, DOING BUSINESS AS PIPEKEEPERS, RESPONDENTS-APPELLANTS. (APPEAL NO. 2.)

NIXON PEABODY LLP, ALBANY (ERIK A. GOERGEN OF COUNSEL), FOR RESPONDENTS-APPELLANTS.
BARCLAY DAMON LLP, SYRACUSE (LEE ALCOTT OF COUNSEL), FOR PETITIONER-RESPONDENT.

Appeal from a judgment of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered October 12, 2022. The judgment granted petitioner a money judgment against respondents. 
It is hereby ORDERED that the judgment so appealed from is unanimously reversed on the law without costs and the petition is dismissed.
Same memorandum as in Matter of Cayuga Nation v Parker ([appeal No. 1] — AD3d — [July 3, 2024] [4th Dept 2024]).
Entered: July 3, 2024
Ann Dillon Flynn
Clerk of the Court